■ In the Matter of JAY SCOTT P., JR., and Another, Children Alleged to be Abandoned. JAY SCOTT P., SR., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [668 NYS2d 118] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Jay Scott P.* (244 AD2d 906 [decided herewith]). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Abandonment.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.